

# *Ninth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2015, present, Chief Justice STEVE MCKEITHEN and Justices CHARLES KREGER, HOLLIS HORTON and LEANNE JOHNSON.

"Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated December 15, 2014, it is ordered that these causes be transferred to the First Court of Appeals, at Houston, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the First Court of Appeals.

| | |
|---|---|
| 09-14-510-CV | JefferyDwayne Benoit v. Brenda Faye Benoit |
| 09-14-511-CV | Corey L. Roberts v. Celia Clanton Roberts |
| 09-14-523-CR | Tricia Gilford v. State of Texas |
| 09-14-524-CR | Tricia Gilford v. State of Texas |
| 09-14-525-CR | Earl Wilmore v. State of Texas |
| 09-14-526-CR | Kevin Morris Jones v. State of Texas |
| 09-14-527-CR | Kevin Morris Jones v. State of Texas |
| 09-14-529-CR | Jose Antonio Garcia v. State of Texas |
| 09-14-530-CV | David Semien v. Rescar Companies, Inc |
| 09-14-531-CR | Joe Eddie Alejandro v. State of Texas |
| 09-14-532-CR | Joe Eddie Alejandro v. State of Texas |
| 09-14-533-CV | D'Juana LeBlanc v. Kenneth Palmer |
| 09-14-537-CR | Chad Lee Brubaker v. State of Texas |
| 09-14-538-CV | Russell Ham v. William Stephens, et al |
| 09-14-540-CR | Brian Wayne Allen v. State of Texas |
| 09-14-541-CR | Devren Byerly v. State of Texas |
| 09-14-544-CR | Thomas Nolan White v. State of Texas |
| 09-14-547-CV | Raymond Shaw v. Joseph Charles Lynch |
| 09-14-548-CR | Apolinar Marquez Camposano vs State of Texas |
| 09-14-549-CR | Michael Brent Brown v. State of Texas |
| 09-14-551-CR | Dejesus Fobbs v. State of Texas |
| 09-14-552-CV | Tanya L. McCabe Trust, et al v. Ranger Energy LLC |
| 09-14-553-CR | Marshall Shane Lovell v. State of Texas |
| 09-14-554-CR | Marshall Shane Lovell v. State of Texas |

09-14-557-CR       Kelvin Morris Jones v. State of Texas
09-14-561-CR       Eugene James Mingo Jr. v. State of Texas
09-14-562-CR       Jordon Campbell v. State of Texas
09-14-563-CR       Moiz Tejani v. State of Texas
09-15-001-CV       Patricia Powers v. Michaels House, et al


I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the First District of Texas at Houston as appears of record in Minute Book Volume 19."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 8th of January 2015.


_____

Carol Anne Harley
Clerk of the Court